*William Barnes* and *Raphael J. Moses, Jr.*, for appellants.

*Dennis O'Brien*, attorney-general, and *George W. Wingate* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE EMPIRE MUTUAL LIFE INSURANCE COMPANY.

(Argued February 26, 1884; decided March 4, 1884.)

*Raphael J. Moses, Jr.*, for appellants.

*George W. Wingate* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

THE ATTORNEY-GENERAL *v.* RESERVE MUTUAL LIFE INSURANCE COMPANY.

(Argued February 26, 1884 ; decided March 4, 1884.)

*Raphael J. Moses, Jr.*, for appellant.

*William C. Trull* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.